
CJR
4-15-19

BHW/KSC: USAO#2018R000113

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 APR 15  AM 11: 52

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CASE NO. RDB-18-593 |
| WILLIAM MCRAE, | : | (Conspiracy to Distribute Marijuana, |
| Defendant. | : | 21 U.S.C. § 846) |

...oOo...

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

From at least in or about November 2017, continuing to at least in or about November 20, 2018, in the District of Maryland and elsewhere, the defendant,

**WILLIAM MCRAE,**

did knowingly and willfully combine, conspire, confederate, and agree with others, to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute 100 kilograms or more of a mixture or substance containing marijuana, a schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 846.

_____
Robert K. Hur
United States Attorney